FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUN JA KU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Cynthia R. Ramirez,<br><br>　　　　Defendant. | NO. CV 14-85 UA<br>(DUTYx)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

　　The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

　　Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed <u>in forma pauperis</u>. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court, because the complaint does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Defendant's notice of removal only asserts that removal is proper based upon federal question jurisdiction, alleging that the state court action filed by plaintiff is a "Civil Rights Violation of which this Court has original jurisdiction." (Notice at 4). However, the underlying unlawful detainer action does not raise any federal legal question. Nor does it appear that federal law is a necessary element of any of plaintiff's claims. Moreover, defendant has not alleged complete diversity of citizenship between the parties and has not established that the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County Of Los Angeles, 415 West Ocean Boulevard, Long Beach, California 90802, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the

//
//
//

2

```
 1 │ Clerk send a certified copy of this Order to the state court; and
 2 │ (3) that the Clerk serve copies of this Order on the parties.
 3 │
 4 │      IT IS SO ORDERED.
 5 │
 6 │ DATED: 1/14/14
 7 │
 8 │                                    _____
 9 │                                    GEORGE H. KING
10 │                                    CHIEF UNITED STATES DISTRICT JUDGE
```

3